UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

REGINA ROTH,

                      Plaintiff,

    -against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

                      Defendant.

------------------------------------x

ORDER

19 Civ. 6570 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 3, 2019 status conference is adjourned to January 23, 2020 at 9:45 am.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge