USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA ROTH,

    Plaintiff,

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

    Defendant.

19-CV-6570 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, if any, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    The Court observes that plaintiff has filed two letter-motions for discovery (Dkt. Nos. 14, 16), both of which remain pending, and that the parties have yet to "begin depositions of Defendant's employees" (Dkt. No. 16 at 1), notwithstanding that the deadline for the close of fact discovery is March 5, 2020. (Dkt. No. 12.)

    Judge Moses will hold a discovery conference on **March 9, 2020, at 10:30 a.m.**, in Courtroom 20A, 500 Pearl Street, New York NY 10007. No later than **March 3, 2020**, plaintiff shall supplement its letter-motion by filing complete copies of the written discovery requests at issue in its two letter-motions, as well as of defendant's responses thereto. No later than **March 4, 2020**, defendant shall file its response to plaintiff's letter-motion dated February 28, 2020. (Dkt. No. 16.) Plaintiff's reply, if any, shall be filed no later than **March 6, 2020**.

Dated: New York, New York
       March 2, 2020

                                          **SO ORDERED**.

                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**