UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA ROTH,

    Plaintiff,

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

    Defendant.

19-CV-6570 (GBD) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/20

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the discovery conference currently scheduled for March 9, 2020, at 10:30 a.m., is ADJOURNED to **March 11, 2020, at 10:30 a.m.**

In light of defendant's supplemental responses dated March 4 and 5, 2020 (Dkt. Nos. 20-1, 21-1), and of the adjournment of the discovery conference, plaintiff's deadline to file her reply is EXTENDED to **March 9, 2020**. Plaintiff's reply, which shall not exceed three pages, shall specify which of those items listed in her letters dated February 28, 2020 (Dkt. No. 16) and March 3, 2020 (Dkt. No. 19), remain in dispute in light of defendant's supplemental responses (and corresponding productions), but shall not raise new issues not previously raised in plaintiff's two moving letters.

Dated: New York, New York
      March 5, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**