UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

REGINA ROTH,

                      Plaintiff,

  -against-

THE CHEESECAKE FACTORY
RESTAURANTS, INC.,

                    Defendant.

------------------------------------- X

ORDER

19 Civ. 6570 (GBD) (BCM)

GEORGE B. DANIELS, District Judge:

The May 14, 2020 pretrial conference is hereby cancelled, in light of this Court's referral of General Pretrial and dispositive motions to Magistrate Judge Moses.

Dated: April 21, 2020
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE