

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA ROTH,

        Plaintiff,

  -against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

        Defendant.

19-CV-6570 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. Plaintiff's expert report(s) shall be served no later than **April 23, 2021.**

2. Defendant's rebuttal expert report(s) shall be served no later than **May 14, 2021.**

3. Expert depositions, and any remaining expert discovery, shall be completed no later than **June 4, 2021**.

The Court will issue a separate order scheduling a judicially-supervised settlement conference.

Dated: New York, New York
       March 24, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**