# TIN FULTON WALKER & OWEN

Honorable Barbara Moses
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 740
New York, NY 10007-1312
**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/21

**MEMO ENDORSED**

April 9, 2021

**Re:** *Regina Roth v. The Cheesecake Factory*, 19-CV-6570

Judge Moses,

The parties respectfully request that the settlement conference in this matter scheduled for April 28, 2021, at 2:15 p.m. be adjourned to the afternoon of May 5, 6, or 7, or at a later date convenient for the Court.

Defendant's expert is scheduled to examine Plaintiff on April 21. The parties seek this adjournment to allow sufficient time after Plaintiff's examination to permit a productive settlement conversation, and to ensure that the parties will be fully informed when they submit their settlement letters to the Court.

Respectfully,

/s/

Abraham Rubert-Schewel

Noell P. Tin
° Shirley L. Fulton
*Nancy E. Walker
C. Melissa Owen
John W. Gresham
F. Lane Williamson
William G. Simpson, Jr.
S. Luke Largess
Sam McGee
Matthew G. Pruden
Jim Melo
Courtney H. Smith
Emily D. Gladden
Abraham Rubert-Schewel
Cheyenne N. Chambers

*Of Counsel
° Retired

Application GRANTED. The settlement conference scheduled for April 28, 2021 is hereby ADJOURNED to **May 5, 2021, at 2:15 p.m.** All other provisions in the Court's Order Scheduling Settlement Conference dated March 24, 2021 (Dkt. No. 58) remain in effect. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 12, 2021





919.451.9216
718.709.7612
www.tinfulton.com

119 E. Main St.