

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**LISA VISCARDI, ESQ.**
30 Vesey Street, 8th Floor
New York, NY 10007
Tel. (212) 216-0020
Fax (646) 688-3646
LViscardi@SobelPevzner.com

**MEMO ENDORSED**

*Long Island Office*
464 New York Avenue, Suite 100
Huntington, New York 11743
Tel (631) 549-4677
Fax (631) 549-0826

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/27/21__

April 26, 2021

<u>VIA E-MAIL ONLY</u>:
Honorable Magistrate Judge Barbara Moses,
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Moses_NYSDChambers@nysd.uscourts.gov

      Re:    Regina Roth v The Cheesecake Factory, Restaurants, Inc.
             19-CV-6570 (GBD) (BCM)

To the Honorable Barbara Moses, Unites States Magistrate Judge:

    Please allow this correspondence to serve as the parties' request, with consent from all, for a brief adjournment of the May 5, 2021, settlement conference to allow Defendant's expert, Dr.Weinstein, to provide his report as to his independent medical examination of plaintiff that was recently conducted on April 21, 2021.

    The undersigned has conferred with plantiff's counsel, and can advise the Court that both parties are available either May 17th or May 20th or another date that works for Your Honor. Thank you for your consideration. If you require any additional information, please do not hesitate to contact our office.

                    Very truly yours,
                    SOBEL PEVZNER, LLC

                    **Lisa Viscardi**

                    LISA VISCARDI, ESQ.

---

Application GRANTED. The telephonic settlement conference scheduled for May 5, 2021 is hereby ADJOURNED to **May 17, 2021, at 2:15 p.m.** All other provisions in the Court's Order Scheduling Settlement Conference dated March 24, 2021 (Dkt. No. 58) remain in effect. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 27, 2021