**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

REGINA ROTH,

    Plaintiff,

-against-

THE CHEESECAKE FACTORY
RESTAURANTS, INC.,

    Defendant.

------------------------------------x

ORDER

19 Civ. 6570 (GBD) (BCM)

GEORGE B. DANIELS, District Judge:

  This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: May 18, 2021
   New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE